**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| LILA SUYAPA LORENZO<br><br>    Plaintiff,<br><br>v.<br><br>STANSBURY BUILDING SERVICE, INC., et al.<br><br>    Defendants. | Case No. 8:22-cv-00459-DKC |

**NOTICE OF VOLUNTRARY DISMISSAL WITHOUT PREJUDICE —
DEFENDANT STANSBURY BUILDING SERVICE, INC.**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff hereby voluntary dismisses this action without prejudice as to Defendant Stansbury Building Service, Inc.

Date: June 30, 2022

Respectfully submitted,

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #17567
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 30, 2022, a copy of the foregoing filing was sent via first class mail to Defendant James Joseph Slattery at the following address:

    James Joseph Slattery
    2203 Hallow Lane
    Bowie, MD 20716

<u>/s/ Cesar Coello</u>
Cesar Coello